**Motion Granted; Order filed September 23, 2014**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-13-00931-CV**

———————

**ALBERT MORRIS AND TILDA MORRIS, Appellants**

**V.**

**AMERICAN HOME MORTGAGE SERVICING AND WELLS FARGO TRUSTEE, Appellees**

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 12-DCV-197669**

## ORDER

Appellant petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 12-35217. Because a stay is automatically effected by Section 362(a) of the Bankruptcy Code, when this court received notice of appellant's bankruptcy filing, we stayed all proceedings in the appeal. *See* Tex. R. App. P. 8.2.

On September 12, 2014, appellee filed a motion to reinstate the appeal pursuant to Texas Rule of Appellate Procedure 8.3(a). Attached to the motion is a true copy of the bankruptcy court's order lifting the stay.

The motion is granted. Accordingly, the case is ordered **REINSTATED** and placed on the court's active docket.


PER CURIAM